STATE OF NEW YORK   )

                                    ss:

COUNTY OF NEW YORK )

ESTA SEIDMAN, being duly sworn, hereby deposes and says as follows:

I am not a party to this action and I am over the age of eighteen (18) years and reside in Suffolk County, New York.

On September 14, 2007, I served the within **VERIFIED ANSWER TO VERIFIED COMPLAINT, NOTICE TO TAKE DEPOSITIO UPON ORAL EXAMINATION AND OTHER VARIOUS DISCOVERY DEMANDS AND NOTICES** on the attorneys and parties listed below at the addresses designated by said attorneys and parties for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post-office-official depository, under the exclusive care and custody of the United States Postal Service within New York State.

_____
ESTA SEIDMAN

TO:
TROLMAN, GLASER & LICHTMAN, P.C.
Attorneys for Plaintiff
777 Third Avenue, 35th Floor
New York, New York  10017

Sworn to before me
September 14, 2007

_____
NOTARY PUBLIC

RICHARD M. FEDROW
Notary Public, State of New York
No. 30-4618986
Qualified in Nassau County
Commission Expires May 31, 20__