```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
DIONISIO POLANCO,

                    Plaintiff,           PROPOSED SCHEDULING
                                         ORDER
       -against-

NELMOR CO., INC., AEC NELMOR AND AEC
INC.,                                    Index # 07 CIV 7728

                    Defendant.

-----------------------------------X
```



1. Description of the Case:

a) Trolman, Glaser & Lichtman, P.C.
   777 Third Avenue
   New York, NY 10017
   Attorneys for Plaintiff
   By:  Evan Goldberg, Esq.

   Bivona & Cohen, P.C.
   88 Pine Street
   Wall Street Plaza
   New York, NY 10005
   Attorneys for Defendants
   By:  Richard Fedrow, Esq.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

b) Diversity.

c) Plaintiff was using a plastic grinding machine in the course of his employment when it unintentionally activated, causing fractures and partial amputations in his left hand. Negligence and strict product liability claims have been presented against the manufacturer of the machine. Failure to warn and/or properly warn is also alleged. No counterclaims have been interposed.

Case 1:07-cv-07728-RJH    Document 6    Filed 12/03/2007    Page 2 of 3

d) Major legal and/or factual issues will involve the nature of the product, the manner of its use and responsibility for the product and occurrence.

e) Damages are sought for medical expenses, related expenses, lost earnings and pain and suffering.

2. Proposed Case Management Plan:

   a) There are no pending motions.

   b) Joinder of additional parties is to be accomplished by ~~April 30~~ March 14, 2008.

   c) Amendments to pleadings must be accomplished by ~~April 30~~ March 14, 2009.

   d)  i. Rule 26(a) disclosures to be completed by December 20, 2007.
       ii. Fact discovery to be completed by April 18, 2008.
       iii. Rule 26(a)(2) disclosures to be completed by May 23, 2008.
       iv. Expert disclosure to be completed by June 27, 2008.

   e) Dispositive motions to be filed by July 25, 2008.

   f) Final pretrial order to be filed by September 15, 2008.

       i.   A jury trial is requested by both parties
       ii.  Probable length of trial is two weeks
       iii. The case is to be trial ready by October 24, 2008.

3. At the present time, the parties have not unanimously consented to proceed to trial before a Magistrate Judge.

4. No settlement discussions have occurred; the parties are not requesting a settlement conference at this juncture.

2

Dated:    New York, New York
          November 21, 2007

_____          _____
BY: EVAN GOLDBERG, ESQ.                  BIVONA & COHEN, P.C.
Attorney for Plaintiff(s)                Attorneys for Defendant
TROLMAN, GLASER & LICHTMAN, P.C.         NELMOR CO., INC., AEC NELMOR
777 Third Avenue                         AND AEC INC.
New York, New York 10017                 88 Pine Street, 17th Floor
(212)750-1200                            Wall Street Plaza
                                         New York, New York 10005
                                         (212)363-8100

A status conference shall be held on 4/25/08 at 10:00 a.m.

_____
Hon. Richard J. Holwell,
U.S.D.J.
          11/30/07