```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIONISIO POLANCO,

              Plaintiff,

    - against -

NELMOR CO., INC., ET AL.,

             Defendants.

---

1:07-cv-07728-RJH

**ORDER**

1. A teleconference will be held on July 23, 2009, at 10:30 a.m., to discuss trial scheduling. Plaintiff shall initiate the call. After all parties are on the line, call Chambers at (212) 805-0256.

2. Plaintiff is no longer pro se. Accordingly, this case is hereby designated an ECF case.

SO ORDERED.

Dated: New York, New York
       July 15, 2009

Richard J. Holwell
United States District Judge